**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 700
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Booker T. Evans, Jr., SBN 9970
evansbt@gtlaw.com
Kimberly A. Warshawsky, SBN 022083
warshawskyk@gtlaw.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, a married man dealing with his sole and separate claim,<br><br>      Plaintiff,<br><br>v.<br><br>PAUL EDALAT aka, PAUL P. EDALAT and JANE DOE EDALAT, husband and wife; VERIPAK CORPORATION, a Delaware corporation; CHARLES MENZIES and JANE DOE MENZIES, his wife,<br><br>      Defendants. | No.<br><br>**NOTICE OF REMOVAL**<br><br>(Formerly in the Superior Court of the State of Arizona, in and for the County of Maricopa, No. CV2008-002732) |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

  **PLEASE TAKE NOTICE** that Defendants Paul P. Edalat, Jane Doe Edalat, Veripak Corporation, Charles Menzies and Jane Doe Menzies (collectively, "Defendants") hereby remove to this Court the above-captioned State Court action for the reasons described below.

  1. On February 4, 2006, Plaintiff Peter Strojnik ("Plaintiff") filed his Complaint in the Arizona Superior Court, Maricopa County. Plaintiff's Complaint alleged five causes of action, all of which arose under Arizona state law or Arizona common law.

2. Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint is attached hereto as Exhibit A. The Complaint is the initial pleading setting forth Plaintiff's claims for relief.

3. Defendants' counsel accepted service of process on February 5, 2008. Accordingly, this Notice is filed within 30 days of Defendants' receipt of the Complaint.

4. This Notice of Removal is filed on behalf of all Defendants.

5. The State Court action constitutes a removable "civil action" under 28 U.S.C. § 1441.

6. Plaintiff is a resident of the State of Arizona and has demanded damages in excess of $500,000.00 for his claims. As Plaintiff alleged in its Complaint, all Defendants are residents of the State of California,[1] and this Court therefore has diversity subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

7. Pursuant to Rule 3.7 of the Rules of Practice of the United States District Court for the District of Arizona, a copy of all process served upon Defendants is attached hereto as Exhibit B.

8. Pursuant to Rule 3.7 of the Rules of Practice of the United States District Court for the District of Arizona, Defendants certify that they have served a copy of this Notice on the Plaintiff, and a copy of the Notice has also been filed with the Superior Court Clerk for the Arizona Superior Court in and for Maricopa County, as required by 28 U.S.C. § 1446(d). A copy of the Notice filed with the State Court Clerk is attached hereto as Exhibit C.

9. This Notice is signed pursuant to Federal Rule of Civil Procedure 11, and in accordance with 28 U.S.C. § 1446(a) and the Local Rule 3.7.

---

[1] Defendant Veripak Corporation is a Delaware corporation with its principal place of business in Orange County, California.

WHEREFORE, Defendants remove the above-entitled case from Superior Court of Arizona to this Court.

DATED this 22nd day of February, 2008.

GREENBERG TRAURIG, LLP

By: /s/ Kimberly A. Warshawsky
Booker T. Evans, Jr.
Kimberly A. Warshawsky
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

☒   I hereby certify that on February 22, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants.

☒   I hereby certify that on February 22, 2008, I served the attached document by United States First Class Mail on the following, who are not registered participants of the CM/ECF System:

    Peter Strojnik, Esq.
    THE LAW FIRM OF PETER STROJNIK
    4040 North Central Ave., Ste. 1401
    Phoenix, AZ  85012
    Attorney for Plaintiff

    The Honorable Craig A. Blakey, II
    Maricopa County Superior Court
    Central Court Building, Room 4B
    201 West Jefferson
    Phoenix, AZ  85003

    /s/ Sue Cole
    Employee, Greenberg Traurig, LLP

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000