# Exhibit C

**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 700
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Booker T. Evans, Jr., SBN 9970
evansbt@gtlaw.com
Kimberly A. Warshawsky, SBN 022083
warshawskyk@gtlaw.com
Attorneys for Defendants

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| PETER STROJNIK, a married man dealing with his sole and separate claim,<br><br>    Plaintiff,<br><br>v.<br><br>PAUL EDALAT aka, PAUL P. EDALAT and JANE DOE EDALAT, husband and wife; VERIPAK CORPORATION, a Delaware corporation; CHARLES MENZIES and JANE DOE MENZIES, his wife,<br><br>    Defendants. | Case No. CV2008-002732<br><br>**NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>(Assigned to the Honorable Craig Blakey) |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendants Paul P. Edalat, Jane Doe Edalat, Veripak Corporation, Charles Menzies and Jane Doe Menzies have filed their Notice of Removal of this action with the United States District Court for the District of Arizona. A copy of the Notice of Removal filed in the United States District Court is attached hereto as Exhibit 1.

DATED this 21st day of February, 2008.

GREENBERG TAURIG, LLP

By: _____
Booker T. Evans, Jr.
Kimberly A. Warshawsky
Attorneys for Defendants

ORIGINAL of the foregoing filed
with the Court on this 21st day
February, 2008.

COPY of the foregoing
hand-delivered and sent via
U.S. First Class Mail on this
21st day February, 2008, to:

The Honorable Craig A. Blakey, II
Maricopa County Superior Court
Central Court Building, Room 4B
201 West Jefferson
Phoenix, AZ 85003

COPY of the foregoing sent via
U.S. First Class Mail on this
21st day February, 2008, to:

Peter Strojnik, Esq.
THE LAW FIRM OF PETER STROJNIK
4040 North Central Ave., Ste. 1401
Phoenix, AZ 85012
Attorney for Plaintiff

By: _____

PHX3281178061

-2-