# EXHIBIT 1

# EXHIBIT 1

*Diversified Global Investments LLC (LENDER)*
*PROMISSORY LOAN NOTE*

| Section A: Borrower's Section – VeriPak Corporation | |
|---|---|
| 1. Company Name<br>Veripak Corporation | 2. TAX ID:<br>71-0923265 |
| Address:<br>1963 E. Blair Ave. | 3. Area Code / Telephone Number<br>949 250 8572 |
| Address: | |
| City, State, Zip<br>Santa Ana, CA. 92705 | |
| **Section B: Co-Borrower's Section –** | |
| 4. Co-Borrower's Name: | Co-Borrower's Social Security Number |
| Co-Borrower's Address: | Co-Borrower's Date of Birth: |
| Co-Borrower's City, State, Zip | Co-Borrower's Driver's License Number |
| **Section C: Private Lender's Section – Joe Herrera** | |
| 5. Private Lender's Name & Address ( Street, City, State, Zip Code)<br><br>Diversified Global Investments LLC<br>1281 La Limonar Rd.<br>Santa Ana, CA. 92705 | 6. Interest to be paid<br>$45,000.00 — 7. Loan Period 90 days/ 3 months<br>8. Loan Amount $200,000.00 — 9. The date that the loan is given from the lender to the borrower will be set by the date that the money is wired by the lender to VeriPak Corporation's Checking Account |

**TERMS AND CONDITIONS**

REPAYMENT – I, Paul Edalat, principal at VeriPak Corporation and Paul Edalat as an individual (hereinafter called the "Borrowers") promise to pay to Diversified Global Investments LLC (hereinafter called the "Lender") or to any holder to whom the Lender may assign this Note, all sums of principal and interest that accrues on the loan evidenced by this Promissory Note. Interest on this loan shall accrue at the Due Date (as hereinafter defined). I promise to pay the entire principal and interest which has accrued. In one sum payment paid in full 90 days after the receipt of the loan. This Note will become due on the 90th day after the loan is given to the Borrowers. The date that the loan is given from the lender to the borrower will be set by the date that the money is wired by the lender to VeriPak Corporation's Bank Account.

LATE CHARGES – The Lender will impose a late charge if I do not make a scheduled payment when due. Late charges will be $25 per day starting with the 90th day after loan was given to the Borrowers. The Lender may not send any late notice to the Borrowers.

EVENTS OF DEFAULT – The following are "Events of Default": I fail to make any payment promptly when due; I provide the lender with false information or signatures at any time; I become legally incompetent; I do not comply with the terms and conditions of this Note; I cannot pay any of my debts as they come due, or proceedings are instituted by or against me under the Bankruptcy Act or the Lender at any time in its reasonable judgment, believes that the prospect of my repaying any debt to it is impaired. The failure of the Lender to exercise this right shall not constitute a waiver of the right to exercise the same at any other time. In the event I am in default as provided above, the Lender may, at its option, declare my loan to be in default and may accelerate my loan (demand immediate payment of the entire unpaid balance of the loan, including principal, interest, late charges, and collection cost). The Lender shall disclose my default to credit bureaus or credit reporting agencies. In the event of a default, I agree to pay the Lender all reasonable expenses, including attorney fees and court costs, which it incurs in collecting any amount I owe under this Note which is not paid when due.

REQUESTS FOR DEFERMENT – If I am not in default under this Note, and I make a timely, fully documented written request containing all information required by the Lender, the Lender may in its sole and absolute discretion, defer my obligation to make payments under this Note after the Repayment Date. I will lose my right to defer principal payments and late fees if I default on my loan.

Page 1 of 2

CHANGE OF STATUS - I will inform the Lender of any change in my name, address, telephone number, Social Security number, or driver's license number.

PREPAYMENT - I may prepay all or any part of my unpaid loan balance, plus any accrued interest, at any time without penalty. Amounts repay before the Repayment Due Date, will be used to reduce the amount of the loan but not the interest due.

GOVERNING LAW - This Note has been executed and delivered in California and any State the Borrowers reside and/or incorporated, and its validity, construction, and enforceability shall be governed by the laws of State of California and all the states Borrowers reside and/or are incorporated, unless Federal law shall otherwise apply. If any provision of this Note is held to be invalid or unenforceable, the other provisions shall remain valid and shall be construed and enforced as if that provision was never contained in this Note.

TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | AMOUNT FINANCED |
|---|---|
| The cost of your credit as a yearly rate.<br><br>1. Monthly payment of: $15,000 for 3 months totaling $45,000 interest payments to start on the 11th of each month after funds have been received by Veripak.<br><br>2. Any day after Note Becomes Due (not including any late fees and the $45,000 interest payment)<br>__15__ % | The amount of credit provided to you or on your behalf is listed on the front of this loan document under item 8. |

Late Charge: If a payment is late, you will be charged a minimum fee of $5 per day. Collection Fees and Attorney fees may also apply.

Prepayment: If you pay off early, you will not have to pay a penalty and the lender will not reimburse any interest due for early prepayment.

I will not sign this Note before reading it. This loan has been made to me and guaranteed by all my business and personal assets. My signature certifies I have read, understand, and agree to the terms and conditions of this Promissory Note. THIS IS A LOAN THAT MUST BE REPAID ON DUE DATE. INTENDING TO BE LEGALLY BOUND THEREBY, the parties have set their hands and seals below.

_____  Date  9-11-07
Borrower's Signature (Signature of the Principal of VeriPak Corporation)

_____  Date  9-11-07
Co-Borrower's Signature – PAUL EDALAT

_____  Date  9-11-07
Lender's Signature – Diversified Global Investments LLC

_____  Date  9-11-07
Witness

Page 2 of 2

## Washington Mutual

### Confirmation of Domestic Wire Transfer Order

| Customer Information: | | Date: 09/11/2007 |
|---|---|---|
| Name: DIVERSIFIED GLOBAL INVESTMENTS, LLC | | |
| Authorized Representative Name: JAMES R HALSTEAD | | |
| Address: | | |
| 1281 LA LIMONAR RD | SANTA ANA, CA 927052307 | |
| Fax Number: | Phone Number: (714) 264-5923 | |
| Name: TUSTIN | Phone Number: (714) 673-7815 | |
| Address: 615 E 1ST ST | TUSTIN, CA 927803417 | |
| Fax/Phone Wire Request Confirmed with (Customer/AR/AIF): | | |
| Time:    Date: | FC Representative Name: | |

Thank you for banking with Washington Mutual.

This serves as a confirmation for a Domestic Wire
Your account will be debited on:    09/11/2007

You must contact the Bank immediately at the center noted above if any information contained in this confirmation is inconsistent with your records.

| | |
|---|---|
| Beneficiary Bank: | BANK OF AMERICA, N.A., CA |
| Beneficiary Name: | VERIPAK CORPORATION |
| Beneficiary Account Number: | 1220710882 |
| Wire Amount: | $200,000.00 |
| By Order of: | JAMES R HALSTEAD |
| Amount Debited: | $200,020.00 |
| Fee: | $20.00 |
| Transaction Reference Number: | V800009257880364 |
| Account number: | 088400001297787 |

Agent Name: ALFREDO ROMAN

23060m (04/08)