# EXHIBIT 2

# EXHIBIT 2

THE LAW FIRM OF
# PETER STROJNIK
ATTORNEY AT LAW

January 4, 2008

Mr. Paul Edalat
VeriPak Corporation
1963 East Blair Avenue
Santa Ana, California 92705
*By first class mail and e-mail paul@veripak.net*

Re:   Diversified Global Investments, LLC v. VeriPak, Edalat et al

Dear Mr. Edalat:

I have been retained by Diversified to collect on the promissory note dated 09-11-07 (attached) in the principal amount of $200,000.00, payable in full in 90 days with interest thereon at the rate of $15,000 per month. The Note became due on December 11, 2007. A demand notice was sent out to you on December 4, 2007 (attached). The Note remains unpaid to this day. As of January 11, 2008, the principal and interest on the Note will be $260,000.00.

I have also reviewed your e-mail dated November 29, 2007 (attached) in which you make statements suggesting the right of offset against the Note for claims you believe you have against Mr. Halstead. Let me suggest to you that any claims you believe you may have against Mr. Halstead are utterly irrelevant to your and your company's obligation under the Note.

Unless the Note is paid off by January 11, 2008, or acceptable repayment arrangements have been reached, I will file suit to collect on the note. Let me suggest that you discuss this matter with competent counsel; if you wish, you can contact me on the cell at 602-524-6602.

Very Truly Yours,

Peter Strojnik

PJS: ps
Encl.: *as indicated*
CC: Client *by e-mail only*

3030 NORTH CENTRAL AVENUE - SUITE 1401 - PHOENIX - ARIZONA - 85012-2712
TEL: 602.297.3019 - FAX: 602.297.3176 - CELL: 602.524.6602 - EMAIL: STROJNIK@AOL.COM
WEBSITE: WWW.STROJNIK.COM

## Diversified Global Investments LLC (LENDER)
## PROMISSORY LOAN NOTE

| Section A: Borrower's Section - VeriPak Corporation | | |
|---|---|---|
| 1. Company Name<br><br>Veripak Corporation | 2. TAX ID:<br>71-0923265 | |
| Address:<br>1963 E. Blair Ave. | 3. Area Code / Telephone Number<br>949 250 8672 | |
| Address: | | |
| City, State, Zip<br><br>Santa Ana CA. 92705 | | |
| Section B: Co-Borrower's Section - | | |
| 4. Co-Borrower's Name: | Co-Borrower's Social Security Number: | |
| Co-Borrower's Address: | Co-Borrower's Date of Birth: | |
| Co-Borrower's City, State, Zip | Co-Borrower's Driver's License Number: | |
| Section C: Private Lender's Section - Joe Herrera | | |
| 5. Private Lender's Name & Address ( Street, City, State, Zip Code)<br><br>Diversified Global Investments LLC<br>1281 La Limonar Rd.<br>Santa Ana, CA. 92705 | 6. Interest to be paid<br><br>$45,000.00 | 7. Loan Period<br><br>90 days/ 3 months |
| | 8. Loan Amount<br><br>$200,000.00 | 9. The date that the loan is given from the lender to the borrower will be set by the date that the money is wired by the lender to VeriPak Corporation's Checking Account |

**TERMS AND CONDITIONS**

REPAYMENT – I, Paul Edalat principal at VeriPak Corporation and Paul Edalat as an individual (hereinafter called the "Borrowers") promise to pay to Diversified Global Investments LLC (hereinafter called the "Lender") or to any holder to whom the Lender may assign this Note, all sums of principal and interest that accrues on the loan evidenced by this Promissory Note. Interest on this loan shall accrue at the Due Date (as hereinafter defined) I promise to pay the entire principal and interest which has accrued, in one sum payment paid in full 90 days after the receipt of the loan. This Note will become due on the 90th day after the loan is given to the Borrowers. The date that the loan is given from the lender to the borrower will be set by the date that the money is wired by the lender to VeriPak Corporation's Bank Account.

LATE CHARGES – The Lender will impose a late charge if I do not make a scheduled payment when due. Late charges will be $25 per day starting with the 90th day after loan was given to the Borrowers. The Lender may not send any late notice to the Borrowers.

EVENTS OF DEFAULT – The following are "Events of Default": I fail to make any payment promptly when due; I provide the lender with false information or signatures at any time; I become legally incompetent; I do not comply with the terms and conditions of this Note; I cannot pay any of my debts as they come due, or proceedings are instituted by or against me under the Bankruptcy Act, or the Lender at any time in its reasonable judgment, believes that the prospect of my repaying any debt to it is impaired. The failure of the Lender to exercise this right shall not constitute a waiver of the right to exercise the same at any other time. In the event I am in default as provided above, the Lender may, at its option, declare my loan to be in default and may accelerate my loan (demand immediate payment of the entire unpaid balance of the loan, including principal, interest, late charges, and collection cost). The Lender shall disclose my default to credit bureaus or credit reporting agencies. In the event of a default, I agree to pay the Lender all reasonable expenses, including attorney fees and court costs, which it incurs in collecting any amount I owe under this Note which it and paid when due.

REQUESTS FOR DEFERMENT – If I am not in default under this Note, and I make a timely, fully documented written request containing all information required by the Lender, the Lender may in its sole and absolute discretion, defer my obligation to make payments under this Note after the Repayment Date. I will lose my right to defer principal payments and late fees if I default on my loan.

Page 1 of 2

**CHANGE OF STATUS** - I will inform the Lender of any change in my name, address, telephone number, Social Security number, or driver's license number.

**PREPAYMENT** - I may prepay all or any part of any unpaid loan balance, plus any accrued interest, at any time without penalty. Amounts I repay before the Repayment Due Date, will be used to reduce the amount of the loan but not the interest due.

**GOVERNING LAW** - This Note has been executed and delivered in California and any State the Borrowers reside and/or incorporated, and its validity, construction, and enforceability shall be governed by the laws of State of California and all the states Borrowers reside and/or are incorporated, unless Federal law shall otherwise apply. If any provision of this Note is held to be invalid or unenforceable, the other provisions shall remain valid and shall be construed and enforced as if that provision was never contained in this Note.

TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | AMOUNT FINANCED |
|---|---|
| The cost of your credit as a yearly rate.<br><br>1. Monthly payment of: $15,000 for 3 months totaling $45,000 interest payments to start on the 11th of each month after funds have been received by Veripak.<br><br>2. Any day after Note Becomes Due (not including any late fees and the $45,000 interest payment)<br>__15__ % | The amount of credit provided to you or on your behalf is listed on the front of this loan document under item 8. |

Late Charge: If a payment is late, you will be charged a minimum fee of $25 per day. Collection Fees and Attorney fees may also apply.

Prepayment: If you pay off early, you will not have to pay a penalty and the lender will not reimburse any interest due for early prepayment.

I will not sign this Note before reading it. This loan has been made to me and guaranteed by all my business and personal assets My signature certifies I have read, understand, and agree to the terms and conditions of this Promissory Note. THIS IS A LOAN THAT MUST BE REPAID ON DUE DATE. INTENDING TO BE LEGALLY BOUND THEREBY, the parties have set their hands and seals below.

_____     9-11-07
Borrower's Signature (Signature of the Principal of      Date
VeriPak Corporation)

_____     9-11-07
Co-Borrower's Signature – PAUL EDALAT      Date

_____     9-11-07
Lender's Signature – Diversified Global Investments LLC      Date

_____     9-11-07
Witness –      Date

Page 2 of 2

Hand Delivered and send Certified Mail Return Receipt Requested # 7000 0520 0023 4850 3920

# DEMAND NOTICE
## Date: December 4th, 2007

Debtor:     Veripak Corporation
Debtor 2:   Paul Edalat
Lender:     Diversified Global Investments, LLC.
            C/O James Halstead (714) 264-5823 (Authorized Representative)
            1281 La Limonar Rd
            Santa Ana, California 92705

Notice of Default is hereby given pursuant to the Promissory Loan Note executed by you in favor of Diversified Global Investments, LLC on September 11th, 2007 that you are in default of your obligations therein by your failure to make payments when due; specifically you have failed to make the November 11th, 2007 interest payment of $15,000.

Evidence of your acceptance of the terms of the Promissory Loan Note including the monthly payment of $15,000 due on the 11th of each month is; the executed document, the wire confirmation of the monies received by you on September 11th, 2007 and your prompt payment of the first interest installment of $15,000 on October 11th, 2007.

Acceleration: Because you are in default the terms of your Promissory Loan Notes is hereby accelerated and the entire principal amount together with interest and late charges and/or collection and legal fees are now due.

Demand is hereby made by the Lender, Diversified Global Investments, LLC for immediate payment of all monies due no later than December 7th, 2007;

| | |
|---|---|
| Principal: | $200,000 |
| Interest: | $ 30,000 |
| Late fees accumulated until December 7th 2oo7* | $    75 |
| Total due by December 7th, 2007 | $ 230,075 |

This is an attempt to collect a debt. Any information you provide will be used to collect that debt. Be advised that if the Lender does not receive the full amount above on or before December 7th, 2007 or you have not contacted the Lender by that date to make other payment arrangements acceptable to the Lender than the Lender may take any and all legal actions necessary to collect this debt including but not limited to; filing suit against you and the corporation, performing an asset search on all of your assets and those of th corporation, filing a lis pendis against those assets, filing a motion for summary judgment, asking the court to file notices of judgment or garnishment, notifying customers, vendors and governmental agencies of the nature of this debt and the lis pendis thereof and notifying the credit bureaus of the status of this account. Under the terms of the Promissory Loan Note that you executed in favor of Diversified Global Investments, LLC you are responsible for the Lender's costs to collect the obligation.

| | |
|---|---|
| From: | Paul P. Edalat [paul@veripak.net] |
| Sent: | Thursday, November 29, 2007 3:09 AM |
| To: | GameplanJH@aol.com |
| Subject: | RE: las vegas |
| Importance: | High |

Uncle Jimmy
I want to be upfront with you now in writing then meeting with you. So you ask why I am upset? It is for these reasons:
1. I was promised by you (your word) that were going to take care of me with Omar's deals. You offered $35k plus 5% of the total stock investment plus profits. Omar invested $350k with your group. (never happened)
2. you guarantee me to buy in on that Friday for $100k and to get out on Monday $200k doubling my investment (never happened)
3. you called on everyone you met through me: Mikey, Rick, Dr. Tom, Max, Omar and his family and met with some on in person on investments.
4. you asked on numerous times that I introduce you to my uncle and more then once in from of Bob and Angelo. (never will now!!!)
5. you consistently offered me to get involved in your "deals" not considering the risk factors that you would get me involved in by pure greed. (never fell for it)

do you see the consistency in all of the above? It was always about you. I was very honest with you and in a time that you needed my help, that is exactly what I did for you. I liked you and your wife and thought of you were nice people. However, you did not consider my honesty and my being upfront with you to be of CLASS ACT! You thought or maybe considered me to be like the others. I told you that no contract or offer is as good as your "word". I don't need your money, but when I saw you and your group, like a bunch of sharks, started to take advantage of everyone that I introduced you all to without taking care of me, well that is when my side that you have now seen and not like came to life. You all made a mistake in considering my sweetness for weakness! What do you think that I make my money from handouts and family??? I earned every dollar and worked very hard at it and believe me that I will fight to keep it plus more if someone tries to take it. As easy as I put you in front of the group, as easy as I cut you off from them. Do you see how loyalty works? Do you for one minute think that any of the guys would disrespect me or my requests? You experience first hand how Mikey did not call you back, Rick backed off the $10million investment with you and Max and his investment group stopped their interest all of the sudden. Do you know why? They were all waiting to see how you were going to take care of me and if you were going to be good on your word. Well you didn't and still have not so you really blew it. You had a great thing going with everyone and believe me that they all reported to me everytime you or your group contacted them. But the fools that you all are, thought that I am some new to the "game" rookie that didn't know what was going on. So now you realized the power in which I have to make or break your sought after goals with my friends. Sure you may have other fish on the line, but its not going to be from my waters pal. Those fish will soon realize that there is no "food" and will soon turn their backs on you as well. But that is not my concern.

So to make the story short, I am not a bit bothered or disturbed by your messages. You have a long way to go to try to even scratch the surface. The reason that I write you rather the to talk to you is just that, I don't have the time for anymore BS! If you feel any different, then be it. You have the right to react. However consider that what actions you take from here now will suffer consequences that will be direct and precise.

For the last time, do the right thing and do what you promised. You have had enough time to settle your obligations. You owe me $135,000....pay up!
Who is and has been now in "default"? I will collect.

Executive Vice President

**VERIPAK**

1963 EAST BLAIR AVE | SANTA ANA | CA 92705
T: 949.250.8672 | F: 949.250.4092 | F: 949.955.0696
VERIPAK.NET

INFORMATION CONTAINED IN THIS TRANSMISSION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE AND MAY CONTAIN LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE PERMANENTLY DELETE THIS MESSAGE IMMEDIATELY