# EXHIBIT 3

# EXHIBIT 3

# The Law Firm Of
# **PETER STROJNIK**
## ATTORNEY AT LAW

January 7, 2008

Mr. Paul Edalat
VeriPak Corporation
1963 East Blair Avenue
Santa Ana, California 92705
*By first class mail and e-mail paul@veripak.net*

    Re:    Diversified Global Investments, LLC v. VeriPak, Edalat et al

Dear Mr. Edalat:

    This is a follow up to my correspondence dated January 4, 2008 in which I made a demand for payment on behalf of Diversified Global Investments, LLC.

    In reviewing your dealings with others – including Terrell Owen - it has come to my attention that you have in the past taken a very strong position against those who you claim breached their agreements with you. As president of Formulated Sciences Inc., you stated in a December 10 [2004] press release[i], "...when it comes to a partnership with corporate America these acts [of breach] will not be tolerated," and "[Terrell Owens'] acts ... may cause millions of dollars in damages to your corporate sponsors and partners including putting many innocent employees jobs at risk." Press releases of the type quoted from above benefit not only the immediate parties, but also the government in their search for the truth, and the parties' vendors, purchasers and business associates in their due diligence endeavors.

    In light of your vociferous advocacy of fairness in "corporate America", we are surprised that you did not disclose to Diversified that you have personally been involved in two bankruptcies in the last ten years[ii] that you have been involved, through FS, in two distinct litigation matters[iii] as disclosed on PACER.

    Please comment on these matters. You should understand, of course, that

---

Peter Strojnik					Page 2					1/7/2008

anything you say in response to this letter may be used against your interest.

Very Truly Yours,

Peter Strojnik

PJS: ps
Encl.: *as indicated*
CC: Client *by e-mail only*

---

[i] http://www.prnewswire.com/cgi-bin/stories.pl?ACCT=109&STORY=/www/story/12-10-2004/0002594549&EDATE=

[ii] 8:97-bk-30199-LR Paul P Edalat
Case type: bk Chapter: 7 Asset: No Vol: v Hon.: Lynne Riddle
Date filed: 12/19/1997 Date discharged: 03/30/1998
Date terminated: 04/10/1998 Date of last filing: 04/10/1998

8:05-bk-13868-JB Paul Edalat
Case type: bk Chapter: 7 Asset: No Vol: v Judge: James N. Barr
Date filed: 05/31/2005 Date discharged: 11/17/2005
Date terminated: 12/09/2005 Date of last filing: 12/09/2005

[iii] 8:03-cv-01837-SJO-CW Formulated Sciences v. Natl Football League, et al
S. James Otero, presiding
Carla Woehrle, referral
Date filed: 12/30/2003
Date terminated: 02/16/2006 Date of last filing: 02/27/2006

3:00-cv-00808-AET PROSOURCE INC. v. FORMULATED SCIENCES, et al
Anne E. Thompson, presiding
Date filed: 02/22/2000
Date terminated: 04/28/2000 Date of last filing: 04/28/2000