# EXHIBIT 4

# EXHIBIT 4

Subj:    **RE: Diversified v. Edalat, Veripak**
Date:    1/7/2008 3:52:12 P.M. US Mountain Standard Time
From:   paul@veripak.net
To:      Strojnik@aol.com
CC:     GameplanJH@aol.com, charles@veripak.net, menzies_charles@yahoo.com

Dear Peter,
It is very interesting that you have taken a position in which would attack ones solid character. Have you researched your own clients dealings in the past and did he ever disclose his personal problems to me and my investors that are still awaiting to get paid back?
http://caselaw.lp.findlaw.com/cgi-bin/getcase.pl?court=9th&navby=case&no=9555004
http://www.corp.ca.gov/enf/info/dr/07pdf/rowzeej.pdf

Be very cautious as to the tactics you choose to attack my personal character and entrepreneurship over the past 20 years of doing business. And I am sure that practicing law in your state of Arizona has its own guidelines in which you have to live by and respect. Fear is not in my vocabulary and if you feel that I am one bit concerned of your past two letters to my office, you are dead wrong! You will soon get a real taste of what is about to come your way and not just bits and pieces. To protect a convicted felon is only going to hurt what little reputation you have as a lawyer or maybe you are also involved in the schemes as was Jeanne Marie Rowzee, Esq. Be careful counsel for you are walking on very thin ice! In the state of California, we have very strong laws that soon you will be schooled if you are not aware of for trying to extort money or use such tactics for collection.

You will be contact by Mr. Menzies (corporate counsel) shortly. He is well aware of the situation and I am sure that he has some ideas of how you can resolve this situation.

All of this could of have had been avoided if "Uncle Jimmy" would of just been a man of his word and took care of me as he has mentioned many times in writing and messages on my VM. Now you have all escalated it to the next level.

Lets dance!

Regards,


**Paul P. Edalat**
**Executive Vice President**
**▼VERIPAK**
1963 EAST BLAIR AVE | SANTA ANA | CA 92705
T 949.250.8672 | F: 949.250.4092 | F: 949.955.0898
VERIPAK.NET

INFORMATION CONTAINED IN THIS TRANSMISSION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE AND MAY CONTAIN LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE PERMANENTLY DELETE THIS MESSAGE IMMEDIATELY.

---

**From:** Strojnik@aol.com [mailto:Strojnik@aol.com]
**Sent:** Monday, January 07, 2008 2:21 PM
**To:** paul@veripak.net
**Cc:** GameplanJH@aol.com
**Subject:** Diversified v. Edalat, Veripak

Dear Mr. Edalat:

Saturday, February 02, 2008 AOL: Strojnik

Please see attached.

Peter Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail strojnik@aol.com
website: strojnik.com

---

Start the year off right. Easy ways to stay in shape in the new year.