# EXHIBIT 6

# EXHIBIT 6

| | |
|---|---|
| Subj: | **Re: Diversified -- Settlement Communication** |
| Date: | 2/1/2008 12:04:52 P.M. US Mountain Standard Time |
| From: | menzies_charles@yahoo.com |
| To: | Strojnik@aol.com |
| CC: | PksEsq@aol.com, Charles@veripak.net |

Mr. Strojnik,

Actually, I might as well make a settlement offer as we're moving forward.

The purported promissory note executed by James Halstead on behalf of Diversified Global Investments, LLC violated California usury laws. Indeed, the amount of interest demanded is unconscionable and violates Article 15 of the California Constitution. As you know, there is absolutely no exception to the usury laws and penalties are severe. Indeed, such a violation amounts to a crime. My clients intend on filing a complaint with the California Attorney General against both Diversified Global Investments, LLC and James Halstead, and in support of the complaint, will submit both the illegal promissory note, the Complaint (which contains admissions of usury violations), and your correspondence demanding Mr. Edalat and Veripak pay the unconscionable interest rate. Considering Mr. Halstead's history as a securities scam artist in California, I anticipate the AG will be eager to explore this strict liability violation.

Further, considering the junior Mr. Strojnik filed the Complaint, which advises the violation of California law, and could have been avoided with a modicum of due diligence, my client has advised me that he will be reporting these violations of the California Rules of Professional Conduct to the California State Bar. He has asked me to inform you of this. That said, my client will also oppose your pro hac vice application on the same grounds.

However, my client agrees to forbear filing the criminal complaint with the California AG if your client withdraws the complaint and enters into a full waiver and release of any and all claims. Please note that the filing of the state bar complaint is not contingent, as my client intends on doing this independent of the litigation and does not want it factored into any proposed settlement or considered in any way as a means to gain leverage in any negotiations.

We will be filing our demurrer and motion to strike next week. Accordingly, you have until the end of the day to provide me with a response on whether or not your client accepts the mutual walk-away. Respond in writing please.

Regards,

Charles


On 2/1/08 8:56 AM, "Menzies" <menzies_charles@yahoo.com> wrote:

> You're welcome. And I sincerely hope you have a good weekend.
>
> On 2/1/08 7:28 AM, "Strojnik@aol.com" <Strojnik@aol.com> wrote:
>
>> Thank you.
>>
>> In a message dated 2/1/2008 1:42:47 A.M. US Mountain Standard Time,
>> menzies_charles@yahoo.com writes:
>>
>>> Peter,
>>>
>>> Sorry I didn't call you back, but after getting to my office later that
>>> afternoon, I found out you actually served the complaint. Frankly, I was
>>> surprised you followed through. I really thought it was just a really bad
>>> bluff. My mistake.
>>>
>>> Considering this, I certainly believe the time for talking should wait until

Re: Diversified -- Settlement Communication <span style="float:right">Page 2 of 2</span>

I hope you have a good weekend and I appreciate your effort to touch base today.

Regards,

Charles

---

Start the year off right. Easy ways to stay in shape <http://body.aol.com/fitness/winter-exercise?NCID=aolcmp00300000002489> in the new year.

Saturday, February 02, 2008 AOL: Strojnik