# EXHIBIT 7

# EXHIBIT 7


# THE STATE BAR OF CALIFORNIA

Thursday, February 28, 2008                                                          State Bar Home

Home > Attorney Search

## ATTORNEY SEARCH

**Attorney Name or Bar Number**

| Paul Edalat | [Search] |   Advanced Search »

☐ Include similarly sounding names and alternate spellings

**Your search for *Paul Edalat* returned no results.**

Would you like to search for names that sound like *Paul Edalat*?

    Contact Us     Site Map     Privacy Policy     Notices     © 2008 The State Bar of California

http://members.calbar.ca.gov/search/member_search.aspx?ms=Paul+Edalat                                    2/28/2008



# THE STATE BAR OF CALIFORNIA

Thursday, February 28, 2008　　　　　　　　　　　　　　　　　　　　　　　State Bar Home

Home > Attorney Search

## ATTORNEY SEARCH

**Attorney Name or Bar Number**

| Edalat | Search | Advanced Search »

☐ Include similarly sounding names and alternate spellings

### Your search for *Edalat* returned 1 result.

Sort By: Last Name

| Name | Status | Number | City | Admission Date |
|---|---|---|---|---|
| Edalatpour, Gregory Mede | Deceased | 126698 | Newport Beach | December 1986 |

Contact Us　　Site Map　　Privacy Policy　　Notices　　© 2008 The State Bar of California

http://members.calbar.ca.gov/search/member_search.aspx?ms=Edalat　　　　　　　　　　2/28/2008



# THE STATE BAR OF CALIFORNIA

Wednesday, February 27, 2008     State Bar Home

Home > Attorney Search

## ATTORNEY SEARCH

**Attorney Name or Bar Number**

`Veripak`   [Search]   Advanced Search »

☐ Include similarly sounding names and alternate spellings

**Your search for *Veripak* returned no results.**

Would you like to search for names that sound like *Veripak*?

Contact Us    Site Map    Privacy Policy    Notices    © 2008 The State Bar of California



# THE STATE BAR OF CALIFORNIA

Wednesday, February 27, 2008                                                                 State Bar Home

Home > Attorney Search

## ATTORNEY SEARCH

**Attorney Name or Bar Number**

| Veripak Corporation | Search | Advanced Search »

☐ Include similarly sounding names and alternate spellings

### Your search for *Veripak Corporation* returned no results.

Would you like to search for names that sound like *Veripak Corporation*?

Contact Us    Site Map    Privacy Policy    Notices    © 2008 The State Bar of California