# EXHIBIT 9

# EXHIBIT 9

1

**GREENBERG TRAURIG, LLP**
2
ATTORNEYS AT LAW
SUITE 700
2375 EAST CAMELBACK ROAD
3
PHOENIX, ARIZONA 85016
(602) 445-8000

4

5   Booker T. Evans, Jr., EvansBT@gtlaw.com, SBN 009970
    Kimberly A. Warshawsky, WarshawskyK@gtlaw.com, SBN 022083
6   Attorneys for Defendants

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                           DISTRICT OF ARIZONA

9
    PETER STROJNIK, a married man              Case No. 08-CV-00344-MHB
10  dealing with his sole and separate claim,

11                                             **DECLARATION OF CHARLES**
                                 Plaintiff,    **MENZIES IN SUPPORT OF**
12  vs.                                        **DEFENDANTS' MOTION TO**
                                               **DISMISS PLAINTIFF'S COMPLAINT**
13  PAUL EDALAT a/k/a/ PAUL P.
    EDALAT and JANE DOE EDALAT,
14  husband and wife; VERIPAK
    CORPORATION, a Delaware                    (Assigned to the Honorable Michele H.
15  Corporation; CHARLES MENZIES and           Burns)
    JANE DOE MENZIES, his wife,
16

17                            Defendants.

18  ─────────────────────────────────
    State of California          )
19                               ) ss
    County of Orange             )
20

21        Charles Menzies declares under the penalty of perjury that the following is true and

22  correct:

23        1.    The following facts are within my personal knowledge and if called and

24  sworn as a witness, I could and would competently testify thereto.

25        2.    I am the in-house counsel for Veripak Corporation ("Veripak").  Veripak is

26  is organized and existing under the laws of the State of Delaware, and is in good standing

PHX 328129597v1 2/28/2008

1  in that State.   Veripak's principal place of business is in Orange County, California.

2       3.    I have lived in California for 35 years.

3       4.    I have never resided or worked in Arizona.

4       5.    I do not own property in Arizona.

5       6.    I have never personally transacted business in Arizona.

6       7.    I have no bank accounts in Arizona.

7       8.    I have no telephone listings in Arizona.

8       9.    I have never attempted to personally transact business in Arizona, and have

9  never targeted Arizona to conduct my personal business.

10       10.    I do not personally have an office in Arizona.

11       11.    I do not personally have an agent in Arizona.

12       12.    I do not personally have employees in Arizona.

13       13.    I have no contacts of any kind with Arizona.

14  FURTHER THE DECLARANT SAYETH NOT.

15  DATED this _29th_ day of February, 2008.

16

17

18                CHARLES MENZIES

19

20

21

22

23

24

25

26

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

PHX 328129597v1 2/28/2008