# Exhibit 2

**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 700
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Booker T. Evans, Jr., EvansBT@gtlaw.com, SBN 009970
Kimberly A. Warshawsky, WarshawskyK@gtlaw.com, SBN 022083
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, a married man dealing with his sole and separate claim,<br><br>                       Plaintiff,<br>vs.<br><br>PAUL EDALAT a/k/a/ PAUL P. EDALAT and JANE DOE EDALAT, husband and wife; VERIPAK CORPORATION, a Delaware Corporation; CHARLES MENZIES and JANE DOE MENZIES, his wife,<br><br>                       Defendants. | Case No. 08-CV-00344-MHB<br><br>**DECLARATION OF CHARLES MENZIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>(Assigned to the Honorable Michele H. Burns) |

State of California    )
                            ) ss
County of Orange    )

     Charles Menzies declares under the penalty of perjury that the following is true and correct:

     1.    The following facts are within my personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

     2.    I am the in-house counsel for Veripak Corporation ("Veripak"). Veripak is is organized and existing under the laws of the State of Delaware, and is in good standing

1  in that State. Veripak's principal place of business is in Orange County, California.
2     3.   I have lived in California for 35 years.
3     4.   I have never resided or worked in Arizona.
4     5.   I do not own property in Arizona.
5     6.   I have never personally transacted business in Arizona.
6     7.   I have no bank accounts in Arizona.
7     8.   I have no telephone listings in Arizona.
8     9.   I have never attempted to personally transact business in Arizona, and have
9  never targeted Arizona to conduct my personal business.
10   10.   I do not personally have an office in Arizona.
11   11.   I do not personally have an agent in Arizona.
12   12.   I do not personally have employees in Arizona.
13   13.   I have no contacts of any kind with Arizona.
14 FURTHER THE DECLARANT SAYETH NOT.
15 DATED this 29th day of February, 2008.

CHARLES MENZIES

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

PHX 328129597v1 2/28/2008

-2-