Peter Strojnik, Arizona Bar No. 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: Strojnik@aol.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| PETER STROJNIK, a married man dealing with his sole and separate claim, | Case No. 08-CV-00344-MHB |
| Plaintiff, | **NOTICE OF SERVICE OF PROPOSED MOTION FOR SANCTIONS PURSUANT TO Fed.R.Civ.P 11(b)(1)(2) ON DEFENDANTS** |
| vs. | |
| PAUL EDALAT a/k/a PAUL P. EDALAT and JANE DOE EDALAT, husband and wife; VERIPAK CORPORATION, a Delaware Corporation; CHARLES MENZIES and JANE DOE MENZIES, his wife, | |
| Defendants. | |

Please take notice that Plaintiff has this 6th day of May, 2008, served upon Defendants a proposed Motion for Sanctions Pursuant to Fed.R.Civ.P.(b)(1) and (2). Unless corrective action is taken and the offensive submission removed, the Motion will be filed on May 28, 2008.

RESPECTFULLY submitted this 6th day of May, 2008.

_____
Peter Strojnik
Attorney for Plaintiff

-1-

**CERTIFICATE OF SERVICE**

The foregoing e-filed this
6th day of May, 2008.

/s/

-2-