Peter Strojnik, Arizona Bar No. 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: Strojnik@aol.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, a married man dealing with his sole and separate claim,<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL EDALAT a/k/a PAUL P. EDALAT and JANE DOE EDALAT, husband and wife; VERIPAK CORPORATION, a Delaware Corporation; CHARLES MENZIES and JANE DOE MENZIES, his wife,<br><br>    Defendants. | Case No. 08-CV-00344-MHB<br><br>**PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO Fed.R.Civ.P 11(b)(1)(2)**<br><br>(Oral Argument Requested) |

Plaintiff does not argue that Defendants violated Rule 11 or 28 U.S.C. § 1927 when they filed the *first* motion to dismiss, doc 6.  The filing of the first Motion was justified because there were legal issues disputed in good faith.

Plaintiff objects to Defendants' *second* motion to dismiss, doc 14.  By the time Defendants filed their *second* motion, they had the benefit of a well reasoned Court Order, doc 11, addressing the question of personal jurisdiction based on the exchange of e-mails.

Once the Court ruled on the matter of personal jurisdiction, a legal contention to the contrary was no longer "warranted by existing law". In their *second* motion, Defendants offer no "nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law". Defendants simply restate the position previously rejected by the Court. Defendants do not address the law of the case issue raised by Plaintiff, nor do they respond to the 28 U.S.C. § 1927 issue.

Plaintiff again respectfully requests that the Court impose sanctions.

RESPECTFULLY submitted this 18th day of June, 2008.

_____
Peter Strojnik
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The foregoing e-filed this
18th day of June, 2008.

/s/