**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 700
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Booker T. Evans, Jr., EvansBT@gtlaw.com, SBN 009970
Kimberly A. Warshawsky, WarshawskyK@gtlaw.com, SBN 022083
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, a married man dealing with his sole and separate claim,<br><br>Plaintiff,<br>vs.<br><br>PAUL EDALAT a/k/a PAUL P. EDALAT and JANE DOE EDALAT, husband and wife; VERIPAK CORPORATION, a Delaware Corporation; CHARLES MENZIES and JANE DOE MENZIES, his wife,<br><br>Defendants. | Case No. 08-CV-00344-MHB<br><br>**NOTICE OF DEPOSITION OF PETER STROJNIK**<br><br>(Assigned to the Honorable Michele H. Burns) |

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, the deposition of the person named below will be taken upon oral examination at the time and place stated below before an officer authorized by law to administer oaths.

PERSON TO BE EXAMINED:   **PETER STROJNIK**

DATE AND TIME OF APPEARANCE:   **NOVEMBER 10, 2008, 10:00 A.M.**

PLACE OF DEPOSITION:   **GREENBERG TRAURIG, LLP**
2375 E. Camelback Road, Suite 700
Phoenix, Arizona 85016

PHX 328,429,522v1

1     Pursuant to Rule 30(b)(2), Federal Rules of Civil Procedure, the deposition will
2 be video recorded and taken by stenographic means before a certified court reporter.
3     DATED this 6th day of October, 2008.

        GREENBERG TRAURIG, LLP

        By:   s/Booker T. Evans, Jr.
             Booker T. Evans, Jr.
             Kimberly A. Warshawsky
             Attorneys for Defendants

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

## CERTIFICATE OF SERVICE

☐ I hereby certify that on October ___6___, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
Law Firm of Peter Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, AZ 85012
*strojnik@aol.com*

☒ I hereby certify that on October ___6___, 2008, I served the attached document by United States Mail on the following, who are not registered participants of the CM/ECF System:

Brush & Terrell Court Reporters
26712 N. 90th Lane
Peoria, AZ 85383

KVideo Productions
3241 E. Shea Boulevard
Phoenix, AZ 85028

s/Cathie Zamora
Employee of Greenberg Traurig

PHX 328,429,522v1

- 3 -