**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 700
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Booker T. Evans, Jr., EvansBT@gtlaw.com, SBN 009970
Kimberly A. Warshawsky, WarshawskyK@gtlaw.com, SBN 022083
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PETER STROJNIK, a married man dealing with his sole and separate claim,

Plaintiff,

vs.

PAUL EDALAT a/k/a PAUL P. EDALAT and JANE DOE EDALAT, husband and wife; VERIPAK CORPORATION, a Delaware Corporation; CHARLES MENZIES and JANE DOE MENZIES, his wife,

Defendants.

Case No. 08-CV-00344-MHB

**GREENBERG TRAURIG'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS**

(Assigned to the Honorable Michele H. Burns)

Pursuant to Rule 83.3(b)(2) of the Rules of Practice of the United States District Court for the District of Arizona, the law firm of Greenberg Traurig, LLP ("GT"), through Booker T. Evans, Jr. and Kimberly A. Warshawsky, moves for an order of the Court allowing it to withdraw as counsel of record for Defendants Veripak Corporation, Charles Menzies, and Paul Edalat on the basis that Defendants have failed to communicate with GT regarding this representation. Because of Defendants' failure to communicate, irreconcilable differences have arisen between GT and Defendants such that GT can no longer comply with its obligations to this Court. No trial date has been

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

set in this matter, and GT does not seek leave to withdraw as counsel for Defendants for purposes of delay.

The undersigned attorney certifies that Defendants have been notified in writing of the status of this matter, including the dates and times of all court hearings and deadlines, Defendants' need to comply with this Court's Orders, and the possibility that sanctions could issue for its failure to do so. Defendants have also been notified of the need to retain counsel to represent defendant Veripak Corporation.

The last known addresses of Defendants are:

Veripak Corporation
1963 East Blair Avenue
Santa Ana, CA 92705

Paul P. Edalat
24000 Alicia Parkway
Suite No. 17326
Mission Viejo, CA 92691

Charles L. Menzies, Esq.
400 Jacaranda Place
Fullerton, CA 92832

DATED this 26th day of January 2009.

GREENBERG TRAURIG, LLP

By: */s/ Booker T. Evans, Jr.*
Booker T. Evans, Jr.
Kimberly A. Warshawsky
Attorneys for Defendants

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

# CERTIFICATE OF SERVICE

☒ I hereby certify that on January 26, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, AZ 85012
Strojnik@aol.com
Attorney for Plaintiff

☒ I hereby certify that on January 26, 2009, I served the attached document by United States First Class Mail on the following, who are not registered participants of the CM/ECF System:

Veripak Corporation
1963 East Blair Avenue
Santa Ana, CA 92705

Paul P. Edalat
24000 Alicia Parkway
Suite No. 17326
Mission Viejo, CA 92691

Charles L. Menzies, Esq.
400 Jacaranda Place
Fullerton, CA 92832

By: */s/ Sue Cole*
Employee, Greenberg Traurig, LLP