Peter Strojnik, Arizona Bar No. 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: Strojnik@aol.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, a married man dealing with his sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL EDALAT a/k/a PAUL P. EDALAT and JANE DOE EDALAT, husband and wife; VERIPAK CORPORATION, a Delaware Corporation; CHARLES MENZIES and JANE DOE MENZIES, his wife,<br><br>Defendants. | Case No. 08-CV-00344-MHB<br><br>**PLAINTIFF'S MOTION TO DISMISS DEFENDANTS MENZIES FROM LAWSUIT WITH PREJUDICE**<br><br>**WITH CONSENT OF DEFENDANTS MENZIES** |

Plaintiff has been advised that Mr. Menzies has joined the United States Army Reserve; therefore, in consideration of his service to the Country, Plaintiff moves to dismiss the Menzies Defendants from this lawsuit with prejudice with Plaintiff and the Menzies Defendants to each bear their own costs and attorney's fees.

-1-

Plaintiff has attempted to obtain consent to the dismissal of Defendants Menzies from Defendants Edalat and Veripak; however, Defendants Edalat and Veripak have declined to consent to the dismissal.

By their signatures below, the Menzies Defendants consent to the dismissal.

RESPECTFULLY submitted this 18TH day of February, 2009.

_____
Peter Strojnik
Attorney for Plaintiff

**CONSENT TO DISMISSAL:**

_____    2/18/09
Charles Menzies                  Date

_____   2/18/09
Mrs. Charles Menzies             Date

-2-

# CERTIFICATE OF SERVICE

The foregoing was electronically filed with the Clerk of the District Court. Copies were sent by first class mail to the following:

Veripak Corporation
1963 East Blair Avenue
Santa Ana, CA 92705

And to:

Paul P. Edalat
24000 Alicia Parkway
Suite No 17326
Mission Viejo, California 92691

Charles L. Menzies, Esq.
400 Jacaranda Place
Fullerton, California 92832
*By e-mail only*