Peter Strojnik, Arizona Bar No. 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: Strojnik@aol.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, a married man dealing with his sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL EDALAT a/k/a PAUL P. EDALAT and JANE DOE EDALAT, husband and wife; VERIPAK CORPORATION, a Delaware Corporation; CHARLES MENZIES and JANE DOE MENZIES, his wife,<br><br>Defendants. | Case No. 08-CV-00344-MHB<br><br>**NOTICE OF NON-COMPLIANCE WITH ORDER BY DEFENDANTS EDALAT AND VERIPAK**<br><br>**AND**<br><br>**MOTION FOR SANCTIONS** |

On January 29, 2009, this Court ordered Defendants to meet with Plaintiff "in person within 14 days of this Order and, consistent with this Court's Management Order (Doc. #36), 'engage in good faith settlement talks'." (Doc 47)  Plaintiff has offered to meet with Defendants, but Defendants Edalat and Veripak have refused to comply with the Order.

Defendants Edalat and Veripak have otherwise proven most uncooperative:  When Plaintiff proposed to dismiss Defendants Menzies from this cause because Mr. Menzies had

-1-

joined the United States Armed Forces, Defendants Edalat and Veripak refused, without rhyme or reason - other than pure malice - to stipulate to the dismissal.

Plaintiff requests that sanctions be imposed against Edalat and Veripak in the form of an order to pay to the United Services Organization (USO) the sum of $5,000.00, to:

USO World Headquarters
Department WS
ATTN: Pat Tillman Memorial USO
PO Box 96860
Washington, DC 20090-6860

Plaintiff further requests that the Court enter an order and judgment of default against Defendants Edalat and Veripak.

RESPECTFULLY submitted this 20TH day of February, 2009.

_____
Peter Strojnik
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The foregoing was electronically filed with the Clerk of the District Court. Copies were sent by first class mail to the following:

Veripak Corporation
1963 East Blair Avenue
Santa Ana, CA 92705

And to:

Paul P. Edalat
24000 Alicia Parkway
Suite No 17326
Mission Viejo, California 92691

Charles L. Menzies, Esq.
400 Jacaranda Place
Fullerton, California 92832
*By e-mail only*