Peter Strojnik, Arizona Bar No. 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: Strojnik@aol.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, a married man dealing with his sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL EDALAT a/k/a PAUL P. EDALAT and JANE DOE EDALAT, husband and wife; VERIPAK CORPORATION, a Delaware Corporation; CHARLES MENZIES and JANE DOE MENZIES, his wife,<br><br>Defendants. | Case No. 08-CV-00344-MHB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

-1-

1  Plaintiff and the Edalat Defendants, including Veripak Corporation (the only remaining
2  parties), stipulate and agree that the above cause be dismissed with prejudice, each party to bear
3  its own costs and attorney's fees.
4  RESPECTFULLY submitted this 13th day of March, 2009.

| PETER STROJNIK | PAUL EDALAT |
|---|---|
| _/s/ Peter Strojnik_ | _/s/ Paul Edalat_ |
| Peter Strojnik | Paul Edalat |
|  | **VERIPAK CORPORATION** |
|  | _/s/ Paul Edalat_ |
|  | Paul Edalat |
|  | Authorized Agent |