# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, a married man dealing with his sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL EDALAT a/k/a PAUL P. EDALAT and JANE DOE EDALAT, husband and wife; VERIPAK CORPORATION, a Delaware Corporation; CHARLES MENZIES and JANE DOE MENZIES, his wife,<br><br>Defendants. | Case No. CV 08-00344-PHX-MHB<br><br>**ORDER DISMISSING REMAINING DEFENDANTS EDALAT AND VERIPAK WITH PREJUDICE** |

Upon stipulation of parties, and good cause appearing,

IT IS ORDERED dismissing Defendants Edalat and Veripak Corporation from this action with prejudice, each party to bear their own costs and attorney's fees.

Dated this 19th day of March, 2009.

*Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge

-1-